UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SAMUEL LEDESMA, JR., § | |
|    Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:21-CV-040 |
| § | |
| MARIA DUENAS, *et al.*, § | |
|    Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff's civil rights complaint, and Plaintiff's objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of Plaintiff's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 22 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Plaintiff's civil rights complaint should be **DISMISSED** with prejudice as to all Defendants and any pending motions are herein **DENIED**.

The Clerk shall send a copy of this Order to the Plaintiff.

SO ORDERED August 12, 2021, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge